**Justino Hernandez AGUILAR, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–72137.

United States Court of Appeals, Ninth Circuit.

cation and is not precedent except as provid-

Submitted Oct. 6, 2008.*

Filed Oct. 15, 2008.

Martin Roy Robles, Esquire, Immigration Practice Group, A Professional Corporation, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Oil, Briena Strippoli, Esquire, Trial, John Hogan, Senior Litigation Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioner's motion to reopen removal proceedings.

We review the BIA's ruling on a motion to reopen for abuse of discretion. *Perez v. Mukasey,* 516 F.3d 770, 773 (9th Cir.2008).

An alien who is subject to a final order of removal is limited to filing one motion to reopen removal proceedings, and that motion must be filed within 90 days of the date of entry of a final order of removal. 8 U.S.C. § 1229a(c)(7)(A), (C)(i); 8 C.F.R. § 1003.2(c)(2). Because petitioner's motion to reopen was filed beyond the 90-day deadline, the BIA did not abuse its discretion in denying petitioner's untimely motion to reopen. *See id.* Petitioner's arguments as to why the time limits should not

apply to his motion to reopen are unpersuasive.

Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

All other pending motions are denied as moot. The temporary stay of removal shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

